1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   YONG LOR,

11            Petitioner,                    No. CIV S-08-2985 DAD P

12        vs.

13   TOM FELKER,

14            Respondent.                    ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in a recommendation for dismissal of this

25   action; and

26   /////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3    DATED: December 16, 2008.

4

5                                             _____

6                                             DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE
7    DAD:kly
     lor2985.101a
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                              2