IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

     Petitioner,          No. CIV S-08-2985 GEB DAD P

  vs.

TOM FELKER,                                   ORDER

     Respondent.

_____/

     Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a traverse and requested an evidentiary hearing. In light of the complexity of the legal issues involved, the court has determined that appointment of counsel on behalf of petitioner is appropriate at this time. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

     Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed and is directed to locate appropriate counsel available to accept the appointment on behalf of petitioner .

2. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

1

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. A status conference is set for August 27, 2010, at 10:00 a.m. in Courtroom 27.

5. All parties shall appear at the status conference by counsel.

6. Seven days prior to the status conference the parties shall file and serve status reports addressing any matters they believe appropriate to the prompt and just disposition of this action.

DATED: July 27, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lor2985.atty