IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

    Petitioner,                       No. CIV S-08-2985 GEB DAD P

   vs.

TOM FELKER,

    Respondent.                      <u>ORDER</u>

_____/

        A status conference was held in this matter on August 27, 2010. Arthur Pirelli appeared for petitioner. David Eldridge appeared for respondent. Upon review of petitioner's status report and the record before the court, and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

        1. A further status conference is set for October 8, 2010, at 10:00 a.m. in courtroom 27;

        2. Any party who wishes to attend the status conference by telephone shall notify Pete Buzo, courtroom deputy, at least 48 hours in advance of the hearing and shall leave a land line telephone number at which counsel may be reached;

/////

/////

3.  Petitioner shall filed a status conference report at least one week prior to the hearing, setting forth his position on the appropriate way to proceed in this matter with respect to discovery, a briefing schedule, and the need for an evidentiary hearing;

4.  Respondent shall file a status conference report no later than October 6, 2010, addressing the same issues.

DATED: August 27, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD8
lor2985.sc