IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

    Petitioner,                         No. CIV S-08-2985 GEB DAD P

    vs.

TOM FELKER,

    Respondent.                     <u>ORDER</u>

_____/

        A second status conference was held in this matter on October 8, 2010, in the courtroom of the undersigned. Attorney Arthur Pirelli appeared telephonically for petitioner. Deputy Attorney General David Eldridge appeared for respondent. Upon review of the status reports filed by both parties and the record before the court, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

        1. Petitioner's motion for discovery and/or for evidentiary hearing is to be filed by October 29, 2010;

        2. Respondent shall file an opposition to petitioner's motion by December 3, 2010;

        3. Petitioner may file a reply, if any, by December 17, 2010; and

1

4. A hearing on petitioner's motion will be held on January 7, 2011 at 10:00 a.m. in courtroom 27.

DATED: October 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8:lor2985.sc2

4. A hearing on petitioner's motion will be held on January 7, 2011 at 10:00 a.m. in courtroom 27.

DATED: October 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8:lor2985.sc2