IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

      Petitioner,                                No. CIV S-08-2985 GEB DAD P

    vs.

TOM FELKER,                                                  <u>ORDER</u>

      Respondent.

_____/

      Petitioner's motion for discovery and/or evidentiary hearing came on regularly for hearing on January 6, 2011, in the courtroom of the undersigned. Arthur Pirelli appeared for petitioner. David Eldridge appeared for respondent. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing, for the reasons stated on the record, THE COURT MADE THE FOLLOWING FINDINGS AND ORDERS and announced them in open court:

      1. Petitioner's motion for discovery and/or evidentiary hearing is granted in part, as described below, and is denied in all other respects;

      2. An evidentiary hearing is set for March 7, 2011, at 9:00 a.m. in Courtroom 27.

      3. The evidentiary hearing is limited to: (1) the receipt of testimony from petitioner's trial counsel regarding the issues generally described by the undersigned at the

1  January 6, 2011 hearing; and (2) the receipt of any other relevant evidence pertaining to those
2  generally described issues that may be obtained by petitioner in advance of the hearing as a result
3  of independent investigation.
4  DATED: January 7, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lor2985.eh