IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

    Petitioner,               No. CIV S-08-2985 GEB DAD P

    vs.

TOM FELKER,

    Respondent.             <u>ORDER</u>

_____/

        On January 10, 2011, the undersigned issued an order setting a limited evidentiary hearing in this matter. On March 31, 2011, the district judge assigned to this case denied respondent's request for reconsideration of the January 10, 2011 order. Shortly thereafter the United States Supreme Court issued a decision in <u>Cullen v. Pinholster</u>, ___ S. Ct. ___, No. 09-1088, 2011 WL 1225705 (Apr. 4, 2011).

        In light of the recent decision in <u>Pinholster</u>, and good cause appearing therefor, this court will sua sponte reconsider its January 10, 2011 order. Before the court issues any further orders with respect to this matter, the parties will be directed to simultaneously file briefing addressing the impact, if any, of <u>Pinholster</u> on petitioner's October 29, 2010 request for an evidentiary hearing.

/////

1

Accordingly, IT IS ORDERED that, within twenty-one days from the date of this order, the parties shall simultaneously file their briefs addressing the impact of <u>Cullen v. Pinholster</u>, ___ S. Ct. ___, No. 09-1088, 2011 WL 1225705 (Apr. 4, 2011) on petitioner's October 29, 2010 request for an evidentiary hearing.

DATED: April 6, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lor2985.fb