IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

    Petitioner,                              No. 2:08-cv-2985 GEB DAD P

    vs.

TOM FELKER,

    Respondent.                          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 7, 2012, this court issued an order setting a June 20, 2012 evidentiary hearing on petitioner's claims that he received ineffective assistance of trial counsel due to his counsel's conflict of interest and that the prosecutor violated his right to a fair trial by failing to disclose exculpatory evidence to the defense. On May 17, 2012, respondent filed a motion for reconsideration by the assigned District Judge of the May 7, 2012 order. On May 24, 2012, this court granted petitioner an extension of time until June 4, 2012, to file an opposition to respondent's motion for reconsideration.

        In light of the filing of respondent's motion for reconsideration and the ongoing briefing related thereto, the court will vacate the June 20, 2012 evidentiary hearing. A new

/////

1

evidentiary hearing date will be set, if appropriate, after the assigned District Judge has had the opportunity to rule on respondent's May 17, 2012 request for reconsideration of this court's order.

Accordingly, IT IS ORDERED that:

1. The June 20, 2012 evidentiary hearing is vacated.

2. An evidentiary hearing will be reset, if appropriate, after respondent's May 17, 2012 request for reconsideration is ruled upon by the assigned District Judge.

DATED: May 25, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lor2985.o