IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YONG LOR,

        Petitioner,                               No. 2:08-cv-2985 GEB DAD P

    vs.

TOM FELKER,

        Respondent.                          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 1, 2012, the court received a letter from another inmate stating that he has assisted the petitioner in this case with his pleadings and other filings, and informing the court of certain actions that inmate has taken with respect to this matter. The letter was not served on any party, including petitioner's current counsel of record, and it is not within the scope of the pleadings allowed by the Rules Governing Section 2254 Cases in the United States District Courts or the Federal Rules of Civil Procedure. The letter also appears to be irrelevant to the claims raised in the petition for writ of habeas corpus pending before this court. Accordingly, the Clerk of Court will be directed to return the letter to the sender. Moreover, no further submissions from this unauthorized party will be accepted by the court or filed in this matter.

1  Accordingly, IT IS ORDERED that the Clerk of Court return the October 1, 2012
2  letter received from an inmate other than plaintiff to the sender.
3  DATED: October 5, 2012.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lor2985.2o