FILED

NOV 0 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Law Office of Arthur Pirelli CSBN 51341
1750 Prairie City Road, Suite 130, #111
Folsom, CA 95630
Telephone: (415) 847-0409
Attorney for Petitioner
YONG LOR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG LOR<br>Petitioner<br><br>V.<br><br>TOM FELKER<br>Respondent | No. 2:08-cv-02985<br><br>Eastern California<br>(Sacramento)<br><br>PETITIONER'S EX PARTE APPLICATION TO SUBPOENA WITNESS AND HAVE U.S. MARSHAL PAY WITNESS FEES PURSUANT TO 28 U.S.C. 1825 (b) |

Petitioner, YONG LOR, by and through his counsel, Arthur Pirelli, asks this court for an ex parte order authorizing the issuance of a subpoena and the payment fees by the United States Marshal as provided in 18 U.S.C. 1825 (b). This court has already granted petitioner indigent status and has set an evidentiary hearing in this matter for November 19, 2012.

The following lists petitioner's witness, who resides or has a principal place of business within the Eastern District of California and a brief summary of the substance of the witness's testimony.

1. <u>Joe Attorney</u>

    a.) Mr. Attorney was petitioner's defense attorney during the trial in the Sacramento County Superior Court at issue in this habeas litigation.

1

1  b.) Mr. Attorney is expected to testify concerning any conflict of interest
2  regarding his representation of the petitioner in the matter as well as any waiver
3  thereof.
4  c.) Mr. Attorney is further expected to testify regarding the prosecution
5  withholding exculpatory material and evidence in this matter.
6
7  Petitioner thus has established that the above-referenced individual needs to be
8  present at the evidentiary hearing in order to allow petitioner to present an adequate case.
9
10  Dated: November 5, 2012                              Respectfully Submitted,
                                                         /s/ E. Arthur Pirelli
11                                                       Attorney for Petitioner
                                                         HONG LOR
12
13
14  Authorization for the issuance of this subpoena and payment of witness fees is hereby granted.
15
16
17  DATED: 11/8/12                                       Dale A. Drozd
18                                                       UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24