IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

        Petitioner,                      No. 2:08-cv-2985 GEB DAD P

    vs.

TOM FELKER,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  An evidentiary hearing is currently scheduled in this matter on December 17, 2012 at 10:00 a.m.  On December 4, 2012, counsel for petitioner filed a motion to continue the evidentiary hearing to January 16, 2013.  In his supporting declaration attached to the motion, counsel for petitioner states that, due to low staffing at the prison where petitioner is incarcerated during the holiday period, it may not be possible to safely arrange for petitioner's presence at the evidentiary hearing if it is determined that he should attend the hearing.  Counsel also declares that respondent has no objection to rescheduling the evidentiary hearing for January 16, 2013.

/////

/////

1

Accordingly, good cause appearing, IT IS ORDERED that the December 17, 2012 evidentiary hearing is vacated and is reset for January 16, 2013 at 10:00 a.m. before the undersigned magistrate judge in courtroom #27.

DATED: December 5, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lor2985.reset3