IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG LOR,

    Petitioner,           No. 2:08-cv-2985 GEB DAD P

    vs.

TOM FELKER,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The evidentiary hearing set in this action was continued by order issued earlier this day to January 16, 2013.  However, the court has discovered that it has a calendaring conflict on that date.  Accordingly, the January 16, 2013 evidentiary hearing will be vacated and reset for January 28, 2013.

        Accordingly, IT IS HEREBY ORDERED that the January 16, 2013 evidentiary hearing is vacated and is reset for January 28, 2013 at 10:00 a.m. before the undersigned magistrate judge in courtroom #27.

DATED: December 5, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lor2985.reset4

1