UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG LOR, | No. 2:08-cv-2985 TLN DB P |
| Petitioner, | |
| v. | ORDER |
| TOM FELKER, | |
| Respondent. | |

This petition for a writ of habeas corpus was denied on October 2, 2013, and judgment was entered accordingly. On June 6, 2016, petitioner filed a document entitled "Ex Parte: Motion for an Order Allowing Petitioner to File Amended Habeas Application." ECF No. 116. This filing does not appear to be contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, petitioner's motion will be placed in the court file and disregarded.[1]

/////

/////

---

[1] To the extent petitioner's motion could be construed as a new petition for a writ of habeas corpus, it is not properly before this court. Before petitioner can proceed with a second or successive habeas petition he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3).

1

IT IS SO ORDERED.

Dated: August 5, 2016

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:8
Lor298.dis:prisoner-habeas